# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

SHARON KIMBRELL ASHLEY,
Individually and as the Next of Kin to
JIMMY KIMBRELL, Deceased

**JUDGMENT IN A CIVIL CASE**

v.

THE STATE OF TENNESSEE d/b/a
NORTHWEST CORRECTIONAL
CENTER and d/b/a NORTHWEST
CORRECTIONAL CENTER MEDICAL
CLINIC, and JOHN DOE, in his official
capacity as an Employee/Agent/Servant of
Northwest Correctional Center

CASE NUMBER:   05-1006-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the orders entered in the above-styled matter on July 11, 2005 and July 22, 2005, the State of Tennessee's motion to dismiss is GRANTED. All claims against John Doe 1-5 are DISMISSED. This cause is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/28/05                    BY: C. Reid
DATE                            DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7/29/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01006 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT